Arthur Minas
Minas Law, P.C.
3620 Pacific Coast Highway, Ste 100,
Torrance, CA 90505
Tel: (310) 955-1360
arthur@minaslaw.com

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| **ALIZHON SHAMSIEV**<br><br>Plaintiff,<br><br>-Against-<br><br>**UNITED STATES CITIZENSHIP AND IMMIGRATION SERVICES**<br><br>-and-<br><br>**DIRECTOR OF THE UNITED STATES CITIZENSHIP AND IMMIGRATION SERVICES' LOS ANGELES ASYLUM OFFICE,**<br><br>Defendants | Case No.:<br><br>COMPLAINT |

COMPLAINT

DESCRIPTION OF ACTION

1.  This complaint is brought by plaintiff, ALIZHON SHAMSIEV (A213 207 434), against the defendants to compel a decision on his application for asylum, which has been pending with the Los Angeles Asylum Office of the United States Citizenship and Immigration Services (USCIS) since February 11, 2021, despite the fact that numerous asylum applications which were filed long after this have been adjudicated.

COMPLAINT - 1

## JURISDICTION

2. This being a civil action against the United States arising under the Mandamus Act, 28 U.S.C. § 1361, and the Administrative Procedure Act, 5 U.S.C. § 701 et seq., all laws of the United States, original jurisdiction over this matter is vested in this Court by 28 U.S.C. § 1331.

## DESCRIPTION OF PARTIES

3. The plaintiff, ALIZHON SHAMSIEV, is a citizen of Russian Federation, residing at 27431 San Bernardino Ave., Apt 57, Redlands, California, 92374. His alien registration number is A213 207 434.

4. The defendant, the United States Citizenship and Immigration Services (the "USCIS"), is a federal agency charged with the authority to adjudicate applications for asylum. It resides in the District of Columbia and Maryland.

5. The defendant, Director of USCIS's Los Angeles Asylum Office of the United States Citizenship and Immigration Services, where plaintiff's application for asylum is currently pending. She resides for official purposes within the central judicial district of California.

## BRIEF STATEMENT OF RELEVANT FACTS

6. On and about February 11, 2021, ALIZHON SHAMSIEV, who suffered from persecution based on his political opinion, filed a Form I-589, Application for Asylum and Withholding of Removal (hereafter: "application for asylum") with the defendants. This case has been pending for three (3) years and five (5) month. The Receipt Number is ZLA2146656150.

7. On about February 13, 2021, he received the fingerprint (biometrics) notification

COMPLAINT - 2

from the USCIS and had his fingerprints (biometrics) captured on March 10, 2021.

8. Since that time absolutely no discernable progress has been made in his application. He never received the notification for an asylum interview.

9. Until Mr. Shamsiev is granted asylum, his status remains in question. Having his asylum application adjudicated will give him greater certainty regarding his status in the United States and so enable him to pursue financial or other opportunities dependent upon his status in the U.S. Although theoretically Mr. Shamsiev can extend his work authorization, due to the prolonged processing time of the work authorization applications, there are often gaps without work authorization creating unnecessary stress for him financially.

10. Mr. Shamsiev works as a truck driver but would have better opportunities for himself and his two minor daughters should he start one if he was granted asylum and his status is clear to him, which would give him greater peace of mind and resolution.

11. 8 U.S.C. § 1158(d)(5)(A)(iii) provides that "in the absence of exceptional circumstances, final administrative adjudication of the asylum application, not including administrative appeal, shall be completed within 180 days after the date an application is filed;"

12. The defendants have at no time informed Mr. Shamsiev of any exceptional circumstances delaying a decision in his case over the last 3 years.

13. As of today, the Plaintiff's asylum application remains under the jurisdiction of the Defendants and unadjudicated.

## COUNT I

14. Defendant the United States Citizenship and Immigration Services, and Director of the United States Citizenship and Immigration Services' Los Angeles Asylum Office, are each and all agencies or officers of the United States Department of Homeland Security.

COMPLAINT - 3

15. Defendants, each and all owe a duty to the Plaintiff to adjudicate her application for asylum within a reasonable time. 5 U.S.C. § 555(b) ("With due regard for the convenience and necessity of the parties or their representatives and within a reasonable time, each agency shall proceed to conclude a matter presented to it.").

16. The requirement provided by 8 U.S.C. §1158(d)(5)(A)(iii) that an asylum application must be adjudicated within 180 days of the date of filing establishes that a reasonable time for adjudicating an asylum application is no more than 180 days.

17. The time in which plaintiff's application for asylum has been pending with Defendant the United States Citizenship and Immigration Services, and Defendant Director of the United States Citizenship and Immigration Services' Los Angeles Asylum Office, is well beyond 180 days.

18. The time in which plaintiff's application for asylum has been pending with Defendant, the United States Citizenship and Immigration Services, and Defendant Director of the United States Citizenship and Immigration Services' Los Angeles Asylum Office, is far beyond the period of time which these officers or agencies or their predecessors reasonably require(d) to adjudicate his application.

19. This Court has authority under 28 U.S.C. § 1361 to compel an officer or employee of the United States to perform a duty owed to the Plaintiffs.

20. This Court also has authority under 5 U.S.C. § 706(1) to compel agency action unlawfully withheld or unreasonably delayed.

## RELIEF REQUESTED

WHEREFORE it is respectfully requested that the defendants to adjudicate the plaintiffs'

COMPLAINT - 4

application for asylum in no more than 30 days from the date of this Court's Order, and to take such other action as it deems appropriate.

Dated this 22nd day of July, 2024

*/s/ Arthur Minas*

Arthur Minas
Minas Law, P.C.
3620 Pacific Coast Highway, Ste 100,
Torrance, CA 90505
Tel: (310) 955-1360
arthur@minaslaw.com

COMPLAINT - 5